COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Walter Vidal-Arias v. VR Park at Waterford

Appellate case number:    01-17-00282-CV

Trial court case number:  CV-0072181

Trial court:                      County Court at Law No. 1 of Galveston County

Appellant filed his notice of appeal on March 30, 2017. *See* TEX. R. APP. P. 26.1. The record was due on May 1, 2017. *See* TEX. R. APP. P. 4.1(a), 35.1. The clerk's record was filed on May 2, 2017. The reporter's record has not been filed.

On September 28, 2017, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record. The Clerk further notified appellant that unless he provided proof of payment for preparation of the reporter's record, proof of having made payment arrangements for the reporter's record, or a response showing that he was exempt from paying for the reporter's record by October 30, 2017, the Court might consider and decide only those issues or points that do not require a reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellant has not provided the Court with evidence showing that he has paid or made arrangements to pay the court reporter. Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See id*.

Appellant's brief is **ORDERED** to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, is **ORDERED** to be filed within 30 days of the filing of appellant's brief. *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.

Judge's signature: /s/ Sherry Radack
                ☒ Acting individually    ☐ Acting for the Court

Date: February 6, 2018